UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKIE BAYLOR,

                Plaintiff,

v.

ICICLE SEAFOODS, INC.,

                Defendant.

No. C04-2272P

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

        This minute order memorializes rulings made by Judge Marsha Pechman during a phone conference held on October 4, 2005, at 3:00 p.m. between the Court, Mr. Kuebler for Plaintiff, and Ms. Heikkila for Defendant. The Court reminded Mr. Kuebler that he must have local counsel sign off on all motions, briefs, notices, stipulations, and other filings with the Court in order to meet the local General Rule 2(d)'s requirement that local counsel "shall sign all pleadings." Because Plaintiff failed to abide by this rule regarding his motion in limine (Dkt. No. 35), the motion is DENIED for improper form. Further, the Court advised Mr. Kuebler that if this case proceeds to trial, the Court will require him to be accompanied by local counsel before he is allowed to argue on his client's behalf.

        Finally, the Court admonished Mr. Kuebler that it takes very seriously the idea that counsel should be civil to each other at all times. The Court disapproves of Mr. Kuebler's past behavior in

ORDER - 1

depositions and expects that he will comport himself with more respect for opposing counsel in the future.

The Clerk is directed to send copies of this order to all counsel of record.

Dated this 4th day of October, 2005.

BRUCE RIFKIN, Clerk<br>
By /s/ Mary Duett<br>
Deputy Clerk

ORDER - 2