UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKIE BAYLOR,<br><br>                  Plaintiff,<br><br>v.<br><br>ICICLE SEAFOODS, INC.,<br><br>                  Defendant. | No. C04-2272P<br><br>ORDER PLAINTIFF'S MOTION TO COMPEL PAYMENT OF UNEARNED WAGES, ATTORNEY'S FEES, AND NECESSARY EXPENSES, MAINTENANCE AND REPATRIATION COSTS |

      This matter comes before the Court on Plaintiff's Motion to Compel Payment of Unearned Wages, Attorney's Fees and Necessary Expenses, Maintenance and Repatriation Costs. (Dkt. No. 47). In a subsequent filing (Dkt. No. 53), Plaintiff acknowledges that Defense counsel forwarded a check to Plaintiff's counsel paying unearned wages, maintenance and cure entitlements. Plaintiff's counsel, however, still wished to proceed with his motion for attorney's fees. The Court DENIES Plaintiff's Motion. Plaintiff received the payments that she sought. Her counsel, therefore, is not entitled to any attorneys fees regarding these payments.

      The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

Dated: December 30th , 2005.

*[signature]*
Marsha J. Pechman
United States District Judge

ORDER - 1